No. 72–1408.  CARLESON, DIRECTOR, DEPARTMENT OF SOCIAL WELFARE v. YEE-LITT ET AL.  Appeal from D. C. N. D. Cal.  Motion of appellees for leave to proceed *in*

*forma pauperis* granted.   Judgment affirmed.   ▇